# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-1857-JLK

BH VENTURES, LLC, an Arizona
limited liability company, dba Fascinations,
and 9271 PARK MEADOWS DRIVE, LLC,
an Arizona limited liability company,

 Plaintiffs,

v.

CITY OF LONETREE,

 Defendant.

## ORDER GRANTING DOC. 19 AND DISMISSING CASE WITH PREJUDICE

Kane, J.

This matter is before me on the parties' Stipulated Motion to Dismiss All Claims with Prejudice filed on October 25, 2013. Having reviewed the motion and being fully advised in the premises, I ORDER that the Stipulated Motion to Dismiss All Claims with Prejudice (ECF No. 19) is **GRANTED** and that this case is **DISMISSED WITH PREJUDICE,** each party to pay his, her or its own attorney fees and costs.

DATED: October 28, 2013   BY THE COURT:

                *s/John L. Kane*
                John L. Kane, U.S. Senior District Judge